IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | No. C -11-04696 EDL |
| Plaintiff, | **ORDER REQUIRING STATUS UPDATE** |
| v. | |
| RODNEY AND ANNETTE CLAWSON, | |
| Defendant. | |

This case was filed on September 21, 2011, and the Court issued a Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act. The Court has been informed that the parties have conducted a joint inspection and have been proceeding toward settlement in this matter. No later than April 13, 2012, the parties shall file a joint letter informing the Court of the status of this case.

**IT IS SO ORDERED.**

Dated: March 29, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge